UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE A ESPINOZA,                    )   NO. EDCV 10-01460-MAN
                                    )
              Plaintiff,            )
                                    )   JUDGMENT
         v.                         )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
              Defendant.            )
_____)

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of Social
Security is reversed, and the cause is remanded for further proceedings
consistent with the provisions of the Memorandum Opinion and Order.

DATED:  October 17, 2011

                                    _____
                                         MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE