Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 564-8641
Email:  shannyjlee@gmail.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ESPINOZA<br><br>      PLAINTIFF,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>      DEFENDANT. | No. EDCV10-01460 MAN<br><br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND FIVE HUNDRED FIFTY DOLLARS and 00/100's ($4,450.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  December 28, 2011

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

- 1 -